ANDREW L. PACKARD (State Bar No. 168690)
ERIK ROPER (State Bar No. 259756)
HALLIE B. ALBERT (State Bar No. 258737)
Law Offices of Andrew L. Packard
100 Petaluma Blvd. N Ste 301
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (415) 763-9227
E-mail: andrew@packardlawoffices.com

ROBERT J. TUERCK (State Bar No. 255741)
Jackson & Tuerck
P. O. Box 148
429 W. Main Street, Suite C
Quincy, CA 95971
Tel: (530) 283-0406
E-mail: bob@jacksontuerck.com

Attorneys for Plaintiff CALIFORNIA
SPORTFISHING PROTECTION ALLIANCE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non profit corporation,<br><br>Plaintiff,<br>vs.<br>CITY OF CHICO,<br><br>Defendant. | Case No. 2:10-CV-1347-MCE-KJM<br><br>**STIPULATION TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE; ORDER THEREON [FRCP 41(a)(2)]** |

TO THE COURT:

Plaintiff California Sportfishing Protection Alliance ("PLAINTIFF" or "CSPA"), and Defendant City of Chico ("CITY") (collectively, the "Parties") stipulate as follows:

**WHEREAS**, on or about April 2, 2010, CSPA provided CITY with a Notice of Violations and Intent to File Suit ("60-Day Notice Letter") under Section 505 of the Federal Water Pollution Control Act ("Act" or "Clean Water Act"), 33 U.S.C. § 1365;

**WHEREAS**, on June 1, 2010, CSPA filed its Complaint against the CITY in this Court,

1  *California Sportfishing Protection Alliance v. City of Chico*, (USDC, E.D. Cal., Case No. 2:10-
2  CV-01347-MCE-KJM) and said Complaint incorporated by reference all of the allegations
3  contained in CSPA's 60-Day Notice Letter;

4     **WHEREAS**, CSPA and the CITY, through their authorized representatives and without
5  either adjudication of CSPA's claims or admission by the CITY of any alleged violation or other
6  wrongdoing, have chosen to resolve in full by way of settlement the allegations of CSPA as set
7  forth in CSPA's 60-Day Notice Letter and Complaint, thereby avoiding the costs and
8  uncertainties of further litigation.  A copy of the agreement ("Consent Decree") entered into by
9  and between CSPA and the CITY is attached hereto as Exhibit A and incorporated by reference.

10    **WHEREAS**, CSPA submitted the Consent Decree via certified mail, return receipt
11 requested, to the U.S. EPA and the U.S. Department of Justice ("the agencies") and the 45-day
12 review period set forth at 40 C.F.R. § 135.5 has been completed without objection by the
13 agencies.

14    **NOW THEREFORE, IT IS HEREBY STIPULATED** and agreed to by and between
15 the Parties that CSPA's claims, as set forth in its 60-Day Notice Letter and Complaint, be
16 dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).  The Parties
17 respectfully request an order from this Court dismissing such claims with prejudice.  In
18 accordance with Clause 19 of the Consent Decree, the Parties also request that this Court retain
19 and have jurisdiction over the Parties through September 28, 2012, for the sole purpose of
20 resolving any disputes between the parties with respect to enforcement of any provision of the
21 Consent Decree.

STIPULATION TO DISMISS WITH PREJUDICE;                    CASE NO. 2:10-CV-01347-MCE-KJM
[PROPOSED] ORDER                         2
927112.1

| | | |
|---|---|---|
| 1 | Dated: December __13___, 2010 | LAW OFFICES OF ANDREW L. PACKARD |
| | | |
| | | By:_____/s/_____ |
| | | Erik M. Roper |
| | | Attorneys for Plaintiff |
| | | CALIFORNIA SPORTFISHING PROTECTION ALLIANCE |
| | | |
| | Dated: December __16___, 2010 | MEYERS, NAVE, RIBACK, SILVER & WILSON |
| | | |
| | | By:_____/s/_____ |
| | | Gregory J. Newmark |
| | | Attorneys for Defendant |
| | | CITY OF CHICO |

**ORDER**

Good cause appearing, and the Parties having stipulated and agreed,

IT IS HEREBY ORDERED that Plaintiff California Sportfishing Protection Alliance's claims against the CITY OF CHICO as set forth in CSPA's 60-Day Notice Letter and Complaint filed in Case No. 2:10-CV-01347-MCE-KJM, are hereby dismissed with prejudice. The Clerk of court is consequently directed to close the file at this time.

IT IS FURTHER ORDERED that the Court shall retain and have jurisdiction over the Parties with respect to disputes arising under the Consent Decree attached to the Parties' Stipulation to Dismiss as Exhibit A.

IT IS SO ORDERED.

Dated: February 4, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE